**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **12-14002-LMI**

☐ ____3rd____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Frank Morales                                     CO-DEBTOR: Adela Chinchilla
Last Four Digits of SS# xxx-xx-2906                       Last Four Digits of SS# xxx-xx-3547

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __44__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

    A.  $__145.51__ for months __1__ to __44__;
    B.  $_____ for months _____ to _____;
    C.  $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:    Attorney's Fee  $ 3,750.00
                      TOTAL PAID   $2,500.00
                      Balance Due    $ 1,250.00  payable $ 69.45  month (Months __1__ to __18__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. __n/a__                                Arrearage on Petition Date $ _____
Address _____                        Arrears Payment  $_____/month (Months____ to ___)
_____                                Arrears Payment  $_____/month (Months____ to ___)
_____                                Regular Payment  $_____/month (Months____ to ___)

2. _____                             Arrears Payment  $_____
_____                                Arrears Payment  $_____/month (Months____ to ___)
_____                                Regular Payment  $_____/month (Months____ to ___)
                                          Arrears Payment  $_____/month (Months____ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Chase<br>Loan No. xxxx1795<br>Prop Add: 5419 NW 198th Terr<br>Miami Gardens, FL 33055 | $85,000.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. __n/a__                               Total Due $_____
                                    Payable $_____/month (Months ____ to ___)

Unsecured Creditors: Pay $ 61.51 month (Months __1__ to __18__). Pay $130.96/mo (Mos 19 to 44)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : The debtors are paying Bank of America (Loan No. xxx4255), Lake Arbor Village (Acct #xxxxxx5057) and Southeast Toyota / World Omni Financial Corp (Loan# xxxx4086) directly outside the plan. The debtors will provide copies of their income tax returns to the Chapter 13 trustee on or before May 15 during the pendency of the plan. The debtors will amend schedules I & J and modify the plan if necessary.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for debtor
Date: 07/03/12