UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                                    CASE NO.: 12-14002-BKC-LMI
                                                                                          PROCEEDING UNDER CHAPTER 13

FRANK MORALES
ADELA CHINCHILLA

DEBTORS_____/

**TRUSTEE'S MOTION TO DISMISS AND
CERTIFICATE OF SERVICE OF NOTICE OF HEARING**

    **COMES NOW** Nancy K. Neidich, Standing Chapter 13 Trustee, and files her Motion to Dismiss pursuant to 11 U.S.C. Section 1307(c) for the reasons set forth below:

1. Material change prejudicial to creditors in payment terms resulting from unscheduled, unlisted, or improperly listed tax or other claims.

2. The Trustee faxed to the counsel of record a letter requesting the issue be addressed. *See* attached letter with fax confirmation.

WHEREFORE, the Trustee requests the case be dismissed for failure to address the issue stated therein.

    **I CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss and Notice of Hearing was mailed to those parties listed below on *August 11, 2015*

                                              NANCY K. NEIDICH, ESQUIRE
                                              STANDING CHAPTER 13 TRUSTEE
                                              P.O. BOX 279806
                                              MIRAMAR, FL  33027-9806

                                              By: /s/_____
                                              ☐ Adisley Cortez-Rodriguez, Esq.
                                                  FLORIDA BAR NO: 0091727
                                              ☑ Amy Carrington, Esq.
                                                 FLORIDA BAR NO: 101877
                                              ☐ Jose Ignacio Miceli, Esq.
                                                 FLORIDA BAR NO: 0077539

NOTICE OF HEARING AND TRUSTEE'S MOTION TO DISMISS
CASE NO.: 12-14002-BKC-LMI

## CERTIFICATE OF SERVICE

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**By Mail:**
**DEBTORS**
FRANK MORALES
ADELA CHINCHILLA
5419 NW 198 TERRACE
MIAMI GARDENS, FL  33055-6171

**Via Electronic Service:**
**ATTORNEY FOR DEBTORS**
ROBERT SANCHEZ, ESQUIRE
355 W 49 STREET
HIALEAH, FL  33012

```
* * *  COMMUNICATION RESULT REPORT ( SEP. 22. 2014 12:07PM )  * * *
                                              FAX HEADER 1: CHAPTER 13 STANDING
                                              FAX HEADER 2:
                                                              LMF

TRANSMITTED/STORED : SEP. 22. 2014 12:05PM
FILE MODE        OPTION              ADDRESS                    RESULT      PAGE
-----------------------------------------------------------------------------
6168 MEMORY TX                       G3  :Robert Sanchez, PA    OK          1/1

----------------------------------------------------------------------------
    REASON FOR ERROR
    E-1) HANG UP OR LINE FAIL           E-2) BUSY
    E-3) NO ANSWER                      E-4) NO FACSIMILE CONNECTION
    E-5) MAIL SIZE OVER
```

OFFICE OF THE CHAPTER 13 TRUSTEE
SOUTHERN DISTRICT OF FLORIDA
NANCY K. NEIDICH, ESQUIRE
P.O. BOX 279806
MIRAMAR, FLORIDA 33027
TELEPHONE: (954) 443-4402
FAX: (954) 443-4452

ROBERT SANCHEZ, ESQUIRE                         Date: September 22, 2014
355 W 49 STREET
HIALEAH, FL
  33012

In Re: 12-14002-BKC- LMF
       FRANK MORALES
       ADELA CHINCHILLA

Dear ROBERT SANCHEZ, ESQUIRE

The Trustee has recommended confirmation of a Plan in the above-referenced case based upon your assurance that JP MORGAN CHASE BANK, NA had agreed to the Debtor's treatment of its collateral. The Trustee has since received a copy of a Proof of Claim filed with the Bankruptcy Court.

The Proof of Claim is filed as such: CL REG 10

    Amount of Claim: $_____

    ✓ A secured creditor in the amount of $ 71,366.14 .

    ___ A secured creditor with arrearage and costs in the amount of $_____.

    ___ An unsecured priority creditor in the amount of $_____.

    ✓ Other: Duplicate of CL REG 9

The Debtor is directed to either file a Motion to Modify the Confirmed Plan to include the amount listed in the Proof of Claim, or an Objection to the Proof of Claim within twenty (20) days of this correspondence. Failure to do so may render the Plan unfeasible and the Trustee may file a Motion to Dismiss this case with prejudice for six (6) months.

Very truly yours,

_Claims Administrator_

cc: Debtor