UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number:   12-14002

Frank Morales
Adela Chinchilla
    Debtor
_____/

NOTICE OF WITHDRAWAL OF MOTION TO DISMISS

Nancy N Neidich, Standing Chapter 13 Trustee ("Trustee"), files this Notice of Withdrawal of her Motion to Dismiss as she received the required information

I hereby certify that a true and correct copy of the  was served through NEF on September 18, 2015 .

Submitted by
NANCY K NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE

AMY E. CARRINGTON, ESQUIRE
FLORIDA BAR NO: 0101877
P.O. BOX 279806
MIRAMAR, FL 33027
(954)  443-4402